UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELE WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON S. MIYARES; )<br>JOSHUA N. LIEF; )<br>MARK P. DE ALMEIDA; AND )<br>HOWARD MULHOLLAND, )<br>)<br>Defendants. ) | Case No. 3:24-CV-00725-HEH |

### ORDER

THIS MATTER is before the Court on the parties' Joint Motion for Extension of Time to Respond to Complaint and for Entry of Briefing Schedule on Motion to Dismiss (the "Motion," ECF No. 21), filed on November 5, 2024. Upon due consideration, and there being no objection, the Motion is GRANTED. It is hereby ORDERED that Defendants shall have up to and including December 6, 2024, to respond to Plaintiff's Complaint. Should Defendants move to dismiss the Complaint, Plaintiff shall respond to the motion on or before January 15, 2025, and Defendants shall file any Reply on or before January 29, 2025.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ Henry E. Hudson
Henry E. Hudson
Senior United States District Judge

Date: **November 6, 2024**
Richmond, Virginia