IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHELE WHITE,

    Plaintiff,

v.                                                          Civil Action No. 3:24CV00725-HEH

JASON S. MIYARES, et al.,

    Defendants.

**SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial conference is scheduled in this action for **THURSDAY, FEBRUARY 6, 2025** at **9:30 a.m.** Please report to the Courtroom of Judge Hudson, Seventh Floor, Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse, 701 East Broad Street, Richmond, Virginia. It is anticipated that the conference will last approximately ten (10) minutes.

The Court will set a trial date which will be within one hundred twenty (120) to one hundred fifty (150) days after the pretrial conference except for complex litigation or in other unusual circumstances. Unless approved by the Court before the pretrial conference, counsel who will actually try the case or counsel with full decision-making authority shall attend the pretrial conference.[1] Counsel attending shall be prepared to provide available dates for trial and motions for all counsel of record. In any event, counsel shall be

---

[1] The Court recognizes that lead counsel may be out-of-state. As long as counsel who appears at the pretrial conference has full decision-making authority and is prepared to set a firm trial date, out-of-state counsel need not appear.

1

knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial date. Absent extraordinary circumstances, pretrial conferences will not be conducted via telephone.

Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby **ORDERED** that the schedule set forth in Pretrial Schedule A (attached) shall govern the progress of this action, except to the extent amended or augmented by the terms of the Initial Pretrial Order issued after the pretrial conference or by any other Order.

Issued at the direction of the Court.

By: _____/s/_____
R.W. Pizzini, Deputy Clerk

Richmond, Virginia
Date:  January 13, 2025


IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL THE CLERK'S OFFICE AT (804) 916-2227.  THANK YOU.

Revised 4/06/2020